# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRISTOL ESTATES AT TIMBER SPRINGS HOMEOWNERS' ASSOCIATION,**

          **Plaintiff,**

-vs-                                  Case No. 6:12-cv-435-Orl-31GJK

**JOHN C. GLIHA and ROCHETTA E. GLIHA,**

          **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 10) filed by the Defendants on March 27, 2012. This case was remanded to the state court on March 21, 2012, and therefore this Court no longer possesses jurisdiction over the merits of this action. Accordingly, it is hereby

**ORDERED** that the Motion to Dismiss (Doc. 10) is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 29, 2012.

                                                              GREGORY A. PRESNELL
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party