# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRISTOL ESTATES AT TIMBER SPRINGS HOMEOWNERS' ASSOCIATION,**

        **Plaintiff,**

-vs-                                              Case No. 6:12-cv-435-Orl-31GJK

**JOHN C. GLIHA and ROCHETTA E. GLIHA,**

        **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. The Plaintiff is **ORDERED** to file a reply to the Defendant's Response (Doc. 13) to the Order to Show Cause (Doc. 6) on or before April 20, 2012, not to exceed ten pages in length.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 12, 2012.

                                                GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

-vs-

**ORDER**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 10, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party